PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: NEBLETT, Hakim  
Cr.: 02-00093-002  
PACTS Number: 31917

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 06/21/2004

Original Offense: Distribution of Heroin

Original Sentence: 151 months imprisonment; 3 years supervised release; $100 special assessment. Special conditions: 1) drug urinalysis/treatment; and 2) 40 hours community service (modified).

Type of Supervision: Supervised Release    Date Supervision Commenced: 02/22/2013

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition:

RESIDENTIAL REENTRY CENTER PLACEMENT (1 month WITHOUT weekend privileges)

You shall reside for a period of one (1) month in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall NOT be eligible for weekend privileges. You shall be excused from any subsistence obligation. You shall be eligible for approved leave for current employment (The Christmas Tree Shop in Springfield, NJ) and to attend pending court hearings.

## CAUSE

On October 28, 2014, Neblett was arrested by Clifton Police Department after eluding police by auto and resisting arrest. The case remains pending within Passaic County Superior Court.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.  
*Joseph Empirio* Joseph Empirio 2014.11.24 14:19:22 -05'00'  
Date: 11/24/2014

Carolee Ann Azzarello
2014.11.24 14:22:43 -05

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above  
[ ] No Action  
[ ] Other

Signature of Judicial Officer

11/24/15
Date